No. ——, Original. ARKANSAS *v.* TEXAS ET AL. It appearing that the controversy between the parties has been settled and that the State of Arkansas wishes to withdraw its Motion for Leave to File Complaint, the

request is granted and the proceeding is dismissed as moot. *Tom Gentry,* Attorney General, and *E. J. Ball* for the State of Arkansas, complainant. *John Ben Shepperd,* Attorney General, and *William H. Holloway* and *Marietta McGregor Creel,* Assistant Attorneys General, for the State of Texas et al., defendants.